```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   PINE BLUFF DIVISION
```

VINCENT SHARNEE JOHNSON                                PLAINTIFF

       v.          Civil No. 09-00002

EDWARD EARL ADAMS, Acting Chief,
W.C. Dub Brassell Detention Center;
RANDY MORGAN, Jail Administrator,
Pulaski County Jail; DR. CARL
JOHNSON, Pulaski County Jail; and
JIM HAYES, Deputy, United States
Marshal Service                                        DEFENDANTS

## ORDER

NOW on this 31st day of March 2010, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #78), filed on March 8, 2010, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report and Recommendation of the Magistrate Judge is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #78) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the **Separate Defendant Carl Johnson, M.D.'s Motion for Summary Judgment** (document #49) is **GRANTED** and **plaintiff's complaint as against Separate Defendant Carl Johnson is dismissed with prejudice.**

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**

**UNITED STATES DISTRICT COURT**