```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                 PINE BLUFF DIVISION
```

VINCENT SHARNEE JOHNSON                                    PLAINTIFF

       v.              Civil No. 09-00002

EDWARD EARL ADAMS, Acting Chief,
W.C. Dub Brassell Detention Center;
RANDY MORGAN, Jail Administrator,
Pulaski County Jail                                       DEFENDANTS

## ORDER

NOW on this 11th day of July 2011, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #112) filed on April 5, 2011. The Court, being well and sufficiently advised, finds as follows:

    1.   The Report and Recommendation of the Magistrate Judge (document #112) was filed on April 5, 2011.

    2.   On April 18, 2011, the plaintiff moved for an extension to time to file his objections to the Report and Recommendation. The motion was granted, and plaintiff's time to object was extended to May 9, 2011.

    3.   On May 9, 2011, Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (document #117) were filed.

    4.   The Court, having thoroughly reviewed and considered Plaintiff's objections, find that they offer neither law nor fact requiring departure from the Report and Recommendation and the same should and will be overruled.

    5.   The Report and Recommendation is sound in all respects and should be adopted *in toto*.

**IT IS THEREFORE ORDERED**

\*   that plaintiff's objections to the Report And Recommendation of the Magistrate Judge should be, and they hereby are, **overruled**;

\*   that the said Report and Recommendation of the Magistrate Judge should be, and it hereby is, **adopted *in toto*;**

\*   **that the motion for summary judgment of separate defendant Randy Morgan (document #102)** should be, and hereby is, **granted and plaintiff's complaint against Morgan is dismissed; and,**

\*   **that the motion for summary judgment of separate defendant Edward E. Adams (document #105)** should be, and hereby is, **granted and plaintiff's complaint against Adams is dismissed.**

**IT IS SO ORDERED.**

      /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN
UNITED STATES DISTRICT COURT**